UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN NEVIAS,

                Plaintiff,

        -v-

CRYSTAL VISION, LLC,

                Defendant.

23-CV-7075 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Counsel for Defendant filed notices of appearance on August 21, 2023. (ECF Nos. 9, 10.) However, Defendant has not filed any response to the complaint since that time, nor has Plaintiff moved for default judgment.

Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

If Plaintiff fails by October 24, 2023, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order by mail on Defendant.

SO ORDERED.

Dated: October 3, 2023
      New York, New York

_____
J. PAUL OETKEN
United States District Judge