UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN NEVIAS,

                             Plaintiff,

            -v-

CRYSTAL VISION, LLC,

                             Defendant.

CIVIL ACTION NO. 23 Civ. 7075 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The initial case management conference scheduled for Monday, October 21, 2024 at 2:00 p.m. (see ECF No. 40) is RESCHEDULED to **Monday, October 21, 2024 at 3:00 p.m.** The terms of the initial case management conference scheduling order (ECF No. 40) otherwise remain in effect.

Dated:    New York, New York
          September 16, 2024

                                          SO ORDERED.

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**