UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN NEVIAS,

           Plaintiff,

-v-                             CIVIL ACTION NO. 23 Civ. 7075 (JPO) (SLC)

CRYSTAL VISION, LLC,                       **ORDER**

           Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

A telephonic status conference is scheduled for **Thursday, January 9, 2025 at 12:00 p.m.** (the "Conference") on the Court's Microsoft Teams platform. By **Monday, January 6, 2025**, the parties shall file a joint letter advising the Court as to any discovery disputes about which they have met and conferred and are ripe for the Court's attention at the Conference. The parties are directed to call: (646) 453-4442; access code: 227-089-665#, at the scheduled time.

Dated:      New York, New York
             December 11, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**