UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN NEVIAS,

                Plaintiff,

-v-                                CIVIL ACTION NO. 23 Civ. 7075 (JPO) (SLC)

CRYSTAL VISION, LLC,                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The United States District Court for the Southern District of New York will be closed on Thursday, January 9, 2025, in observance of a National Day of Mourning to honor the memory of James Earl Carter, Jr., the thirty-ninth President of the United States.  Accordingly, the telephonic status conference scheduled for that date (the "Conference") is ADJOURNED to **Friday, January 10, 2025 at 12:00 p.m.**  The parties' January 6, 2025 deadline to file a joint letter advising the Court as to any discovery disputes about which they have conferred remains in effect.  (See ECF No. 47). The parties are directed to call:  (646) 453-4442; access code: 227-089-665#, at the scheduled time.

Dated:       New York, New York
                January 3, 2025

                                            SO ORDERED.

                                            SARAH L. CAVE
                                            **United States Magistrate Judge**